UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  SA:20-CR-00488(1)-OLG |
| | § | |
| (1) KRISTOPHER SEAN MATTHEWS | § | |

## ORDER OF REFERRAL

The court having considered the consent by the Defendant, refers this case to the United States Magistrate on duty for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and imposition of sentence by the United States District Court.

As permitted under Section 15002 of the Coronavirus Aid, Relief, and Economic Security (CARES) Act and the Second Supplemental General Order Regarding Emergency Procedures issued by the Western District of Texas on September 21, 2020, the rearraignment should held by video teleconferencing or telephone conferencing, with consent from the defendant. In accordance with the CARES Act, this Court finds that the defendant's rearraignment in this case cannot be further delayed without serious harm to the interests of justice.

IT IS SO ORDERED.

SIGNED this 19th day of November, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE