FILED
March 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | CRIMINAL NO: |
| vs. § | SA:20-CR-00488(1,2)-OLG |
| § | |
| (1) KRISTOPHER SEAN MATTHEWS § | |
| (2) JAYLYN CHRISTOPHER MOLINA § | |

## ORDER RESETTING SENTENCING - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING - IN PERSON** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Thursday, April 28, 2022 at 09:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 7th day of March, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE